UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TRI-COASTAL DESIGN GROUP, INC.
a New Jersey Corporation,
              Plaintiff,

                                                    CIVIL ACTION
                                                    Index No.: 05 CV 5727 (NB)

                                                    **STIPULATION OF**
                                                    **DISMISSAL**

              -v-

EURO CLASSICS, a New Jersey Corporation,
NEIL TILSON, an individual, CENTRAL
JERSEY WAREHOUSE, a New Jersey Corporation,
and Does 1-20,
              Defendants.
-----------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of the parties that pursuant to the Stipulation of Settlement entered into by the parties on or about October 14, 2005 (the "Agreement") the above captioned action including all counterclaims shall be and is dismissed as against and between Plaintiff and defendants Euro Classics and Neil Tilson with prejudice and without costs to any party as against the other. This Court will retain jurisdiction to enforce the terms of the Agreement. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: Mineola, NY
              October 14, 2005

BALDINGER & LEVINE, LLC           MALINA & ASSOCIATES, P.C.
Attorneys for Plaintiff                          Attorneys for Defendants Euro Classics
                                                    and Neil Tilson


By:_____     By:_____
    Tedd S. Levine (TL 0158)                   Bernard Malina, Esq. (BM      )
    114 Old Country Rd., Suite 116A      60 East 42nd Street
    Mineola, NY 10501                            New York, NY 10165


                                                      SO ORDERED:


                                                      _____
                                                      Hon. Naomi Buchwald
                                                      United States District Court Judge